IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00282-JLK-KLM

ENIKO PRAKASH,,

    Plaintiff,

v.

PULSENT CORPORATION EMPLOYEE LONG TERM DISABILITY PLAN,

    Defendant,

and

SUN LIFE FINANCIAL, and
SUN LIFE ASSURANCE COMPANY OF CANADA,

    Real Parties in Interest.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Sun Life Assurance Company of Canada's Unopposed Motion for Leave for Travis R. Wall, Esq. To Appear by Telephone for March 3, 2009 Hearing** [Docket No. 14; February 26, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Travis R. Wall is directed to call Chambers at (303)-335-2770 at the appointed date and time to participate in the hearing.

    Dated: February 26, 2009