IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00282-JLK-KLM

ENIKO PRAKASH,,

    Plaintiff,

v.

PULSENT CORPORATION EMPLOYEE LONG TERM DISABILITY PLAN,

    Defendant,

and

SUN LIFE FINANCIAL, and
SUN LIFE ASSURANCE COMPANY OF CANADA,

    Real Parties in Interest.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on an **Unopposed Motion to Withdraw Herald Stout's Motion for Attorney Fees** [Docket# 32; Filed March 27, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The motion for attorney fees [Docket # 30] is deemed withdrawn.

Dated: March 30, 2009